UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Betty Smallwood,<br>Attorney at Law, Bar No. 3157 | Case No. 2:22-ms-00091<br><br>ORDER OF SUSPENSION |

On December 9, 2022, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail. However, the OSC was returned from the United States Postal Service marked "Return to Sender – Not Deliverable as Addressed – Unable to Forward." However, the OSC provided Ms. Smallwood with 30 days to respond with reasons why she should not be suspended from the practice of law in this Court. No response has been received from Betty Smallwood. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Betty Smallwood, Bar No. 3157, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 15th Day of March 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 22nd day of March 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Betty Smallwood
>P.O. Box 96641
>Las Vegas, NV 89193

Certified Mail No.: 7020 3160 0000 7420 3036

>/s/ Sharon H.
>Deputy Clerk
>United States District Court
>District of Nevada